# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

WILSHAUN KING,

    Petitioner,                      Case No. 2:11-CV-12836
                                          HONORABLE LINDA V. PARKER

v.

JACK KOWALSKI,

    Respondent.
_____/

## JUDGMENT

The above entitled came before the Court on a Petition for a Writ of Habeas Corpus. In accordance with the Memorandum Opinion and Order entered on this date:

(1) **IT IS ORDERED AND ADJUDGED** that the Petition for a Writ of Habeas Corpus is **DENIED WITH PREJUDICE**.

(2) **IT IS FURTHER ORDERED AND ADJUDGED** that a Certificate of Appealability is **DENIED**.

                                                      s/ Linda V. Parker
                                                      LINDA V. PARKER
                                                      U.S. DISTRICT JUDGE

Dated: September 28, 2020